In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 6,510, Issued to John Darmstadt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., not voting.

In the Matter of the Final Judicial Settlement of the Account of Sarah S. Holzworth, as Executrix of the Estate of William N. Slater, Deceased. — Order of the Surrogate's Court of Westchester county reversed, with ten dollars costs and disbursements, in accordance with opinion in *Matter of Holzworth* (166 App. Div. 150), decided herewith, and motion granted. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Patrick Keery, Respondent, v. The Oscar Daniels Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Jacob Leberman, Appellant, v. Edgemere Realty Company, Appellant, and Others, Defendants.— Judgment affirmed, without costs of this appeal to either party. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Vincent Lo Re, Respondent, v. Philip Federman, Appellant, and Carl Rieger, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Gladys Oussani, Respondent, v. Joseph Oussani, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

William O. Ross, Appellant, v. Martin J. Pendergast, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

John Adikes and Another, Appellants, v. The Long Island Railroad Company, Respondent.— Motion for stay granted on condition that appellants perfect their appeal, place the case on the calendar for March ninth, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Gertrude M. Jones, Appellant, v. Richard Sandiford, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.